UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **United States of America,** | ) | CR 13-01784-TUC-RCC [JR] |
| **Plaintiff,** | ) ) ) | **O R D E R** |
| v. | ) ) | |
| **Jorge Gerardo Rodriguez-Rubio,** | ) ) | |
| **Defendant.** | ) ) | |

This matter was referred to the U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice of this Court for an evidentiary hearing and a Report and Recommendation on Defendant's Motion To Suppress. Before the Court is Magistrate Judge Rateau's Report and Recommendation. The Magistrate Judge recommends to the Court that the Motion To Suppress should be Denied.

Accordingly, after conducting a *de novo* review of the record;

**IT IS ORDERED** that the Court **ADOPTS** the Report and Recommendation *[Doc 28]* in its entirety. **IT IS FURTHER ORDERED** that Defendant's Motion To Suppress *[Doc 15]* is **DENIED**.

DATED this 27th day of February, 2014.

_____
Raner C. Collins
Chief United States District Judge